UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK PHILLIPS,<br><br>                                    Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, *et al.*,<br><br>                                Defendants. | Case No.: 3:24-cv-00136-BEN-AHG<br><br>**ORDER DENYING JOINT MOTION TO CONTINUE SETTLEMENT DISPOSITION CONFERENCE**<br><br>**[ECF No. 10]** |

      This matter comes before the Court on the parties' Joint Motion to Continue Settlement Disposition Conference. ECF No. 10. In the Joint Motion, the parties represent that Defendant Mercedes-Benz USA, LLC ("MBUSA") sent the settlement agreement to Plaintiff on March 28, 2024, the same day the parties filed their Notice of Settlement. *Id.* at 2. However, Plaintiff has yet to sign the settlement agreement. *Id.* MBUSA requires at least 45 days after the settlement agreement is signed to fulfill the settlement terms. *Id.*

      Under Fed. R. Civ. P 16(b)(4), "[a] schedule may be modified only for good cause and with the judge's consent." "Good cause" is a non-rigorous standard that has been construed broadly across procedural and statutory contexts. *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010). The good cause standard focuses on the diligence of the party seeking to amend the scheduling order and the reasons for seeking modification. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

Here, the parties have failed to show good cause to continue the Settlement Disposition Conference ("SDC"). The purpose of the SDC is to monitor the status of settlement and to ensure that settled cases are efficiently removed from the Court's busy docket. In this case, the parties provide no explanation for why Plaintiff has not signed the settlement agreement more than six weeks after Defendant provided it for his signature. The circumstances described in the Joint Motion indeed create all the more reason for the Court to move forward with the SDC as scheduled, to determine if the parties have ongoing disputes regarding the terms of the settlement or if there are other reasons causing the delay that the Court may be able to assist in addressing.

Accordingly, the Joint Motion is **DENIED**. The telephonic SDC set for **May 16, 2024** at **10:00 a.m.** before the Honorable Allison H. Goddard shall remain on calendar as scheduled. Counsel shall call the chambers teleconference line at **1-877-873-8018** and use **8367902** as the access code to join the conference.

Because the parties provided an update regarding the status of settlement in the Joint Motion, the May 14 deadline for the parties to provide a joint status report to the Court via email is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: May 10, 2024

_____
Honorable Allison H. Goddard
United States Magistrate Judge